IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Barren Sr, Cecil C | Case Number:  07 B 15405 |
| | Judge:  Squires, John H |
| Printed:  6/17/08 | Filed:  8/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 7, 2008
Confirmed: December 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 750.00 | |
| Secured: | | 425.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 284.50 |
| Trustee Fee: | | 40.50 |
| Other Funds: | | 0.00 |
| Totals: | 750.00 | 750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,479.50 | 284.50 |
| 2. | Overland Bond & Investment Corp | Secured | 4,084.78 | 425.00 |
| 3. | Asset Acceptance | Unsecured | 28.77 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 540.25 | 0.00 |
| 5. | Overland Bond & Investment Corp | Unsecured | 352.01 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 13.44 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 19.97 | 0.00 |
| 8. | Professional Account Management | Unsecured | | No Claim Filed |
| 9. | Credit Management Co. | Unsecured | | No Claim Filed |
| 10. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 11. | MCS Inc | Unsecured | | No Claim Filed |
| 12. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,518.72 | $ 709.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 40.50 |
| | _____ |
| | $ 40.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Barren Sr, Cecil C | Case Number:  07 B 15405 |
| | Judge:  Squires, John H |
| Printed:  6/17/08 | Filed:  8/24/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

